UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNIE M. HODGES-ROBINSON,

           Plaintiff,

vs.                                     Case No. 8:05-cv-472-T-27TBM
~~8:02-cv-1556-T-27TGW~~

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 34) of the Magistrate Judge recommending that the decision of the Commissioner of the United States Social Security Commission be reversed and remanded for an award of benefits or, in the alternative, for further proceedings before the Commissioner. The Commissioner has filed objections (Dkt. 35) to the Report and Recommendation and asserts that the Court should affirm the Commissioner's decision or, in the alternative, remand the case for further administrative proceedings.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved to the extent the Magistrate Judge recommends that this case be reversed and remanded for further proceedings consistent with the Report and Recommendation. Accordingly, it is **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation (Dkt. 34) is adopted, confirmed, and approved to the extent the Magistrate Judge recommends that this case be reversed and remanded for further

proceedings consistent with the Report and Recommendation. The Report and Recommendation (Dkt. 34) is made a part of this Order for all purposes, including appellate review.

(2)     The decision of the Defendant Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation. On remand, the case shall be assigned to a different Administrative Law Judge.

(3)     The Clerk is directed to enter final judgment in favor of Plaintiff pursuant to 42 U.S.C. § 405(g) and *Newsome v. Shalala*, 8 F.3d 775 (11th Cir. 1993).

(4)     The Clerk is directed to terminate any pending motions/deadlines and **CLOSE** this case.

**DONE AND ORDERED** in chambers this 21st day of September, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record